*E-filed on* 7-18-2006

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETER E. HENDRICKSON,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES,<br><br>    Respondent. | No. C-06-80094 RMW<br><br>ORDER DENYING PETITION TO QUASH SUMMONS<br><br>**[Re Docket Nos. 1, 2]** |

Petitioner Peter E. Hendrickson moves to quash an IRS summons directed to the "eBay/PayPal Fraud Investigation Team" seeking records of transactions involving Hendrickson and his business, Lost Horizons. For the reasons set forth below, the court submits the matter without oral argument and denies the petition.

The statute upon which the IRS relies for this summons, 26 U.S.C. § 7602, gives the IRS broad powers to investigate possible violations of the tax laws where probable cause exists. *See United States v. Bisceglia*, 420 U.S. 141, 145-46 (1975). The IRS may summon persons and examine documents "[f]or the purpose of ascertaining the correctness of any return, making a return where none has been made, determining the liability of any person for any internal revenue tax or the liability at law or in equity of any transferee or fiduciary of any person in respect of any internal revenue tax, or collecting any such liability." 26 U.S.C. § 7602. The court rejects

Hendrickson's assertion that § 7602 should be read much more narrowly; his analysis is based on a tortured and incomplete analysis of the legislative history.

The IRS appears to have met the requirements for a summons under § 7602, *see* Daily Decl., and Hendrickson does not challenge the summons on that basis.

**ORDER**

For the forgoing reasons, the court denies Hendrickson's petition to quash the summons.

DATED:   7/18/06

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**A copy of this order was mailed on _____ to:**

**Petitioner (*pro se*):**

Peter E. Hendrickson
232 Oriole Road
Commerce Turnpike, MI 48382

**Counsel for Respondent:**

Thomas Moore
U.S. Attorney's Office
450 Golden Gate Avenue, 10th Floor
Box 36055
San Francisco, CA 94102

Counsel are responsible for distributing copies of this order to co-counsel, as necessary.

ORDER DENYING PETITION TO QUASH SUMMONS—No. C-06-80094 RMW
JAH                                             3